UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61259-CV-WILLIAMS

DONNA GARLICKI,

    Plaintiff,

vs.

VIKING CLIENT SERVICE, INC.

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. Plaintiff initiated this action by filing a complaint on June 22, 2012 (DE 1). On September 21, 2012, the Court issued an order requiring Plaintiff to effect service and file proof of service on or before October 22, 2012.[1] Although that deadline has now passed, there is no indication that service has been effected.

Accordingly, upon review of the record, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case for administrative purposes.

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure provides that a plaintiff must serve a defendant within 120 days after the complaint is filed with the court. FED. R. CIV. P. 4(m). After that point, and upon notice to the plaintiff, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

**DONE AND ORDERED** in chambers in Miami, Florida, this 1st day of November, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record